# Exhibit A –
# Plaintiff's Complaint and Jury Demand

FILED Received for Filing Oakland County Clerk 2/7/2024 3:28 PM

Approved, SCAO | Original - Court, 1st copy - Defendant | 2nd copy - Plaintiff, 3rd copy - Return

| STATE OF MICHIGAN | SUMMONS | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT<br>6th JUDICIAL CIRCUIT<br>Oakland COUNTY | | 2024-205470-NO<br>JUDGE YASMINE I. POLES |

Court address: 1200 N. Telegraph Rd., Pontiac, MI 48341

Court telephone no.: (248) 858-1000

Plaintiff's name, address, and telephone no.
Camille MacLean, c/o Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300

v

Defendant's name, address, and telephone no.
Lowe's Home Centers, LLC

Plaintiff's attorney, bar no., address, and telephone no.
Benjamin J. Wilensky (P75302), Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ________________ Court, where it was given case number ________ and assigned to Judge ________________

The action ☐ remains ☐ is no longer pending.

SEAL OF THE CIRCUIT COURT OF OAKLAND COUNTY MICHIGAN

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 2/8/2024 | 05/09/2024 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**Summons** (3/23) **Case No.** ______________________

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE |
| $ | | $ | $ |

______________________
Signature

______________________
Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

______________________ on ______________________.
Attachments (if any) Date and time

______________________ on behalf of ______________________
Signature

______________________
Name (type or print)

FILED Received for Filing Oakland County Clerk 2/7/2024 3:28 PM

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

CAMILLE MACLEAN,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,
a foreign corporation,

Defendant.

Case No. 2024-____________-NO
2024-205470-NO

Hon. JUDGE YASMINE I. POLES

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

Arvin J. Pearlman (P18743)
Benjamin J. Wilensky (P75302)
Attorneys for Plaintiff
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
Fax: (248) 936-2144
bwilensky@sommerspc.com

## COMPLAINT

There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

/s/ Benjamin J. Wilensky (P75302)

Plaintiff Camille MacLean, by and through her counsel, Sommers Schwartz, P.C., complains of the Defendant, Lowe's Home Centers, LLC, as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Camille MacLean is a resident of Rochester Hills, Oakland County, Michigan.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

2. Defendant Lowe's Home Centers, LLC is a North Carolina limited liability company, with its Michigan registered office in Lansing, Ingham County.

3. The amount in controversy herein exceeds $25,000, exclusive of interest, costs, and attorney fees.

4. Venue is proper in this Court pursuant to MCL 600.1629(1)(a)(i), in that the incident complained of herein occurred in Oakland County, and the Defendant conducts business in Oakland County.

**COMMON ALLEGATIONS**

5. Plaintiff reincorporates all preceding paragraphs as though fully restated herein.

6. On March 2, 2023, Plaintiff went to the Lowe's Home Improvement store in Rochester Hills, Michigan, to shop for rugs.

7. That store is owned and operated by Defendant.

8. Upon arrival at the store, Plaintiff went to use the restroom.

9. The first two bathroom stalls Plaintiff entered had liquid on the toilet seat.

10. A Lowe's employee who was in the restroom at the same time as Plaintiff explained that the liquid was water, and was there because the toilets' automatic flushing mechanism regularly oversprayed water onto the seat and out of the toilet, causing wet conditions.

11. The seat in the third stall appeared dry. Plaintiff entered that third stall and used the restroom.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

12. After flushing the toilet, Plaintiff stood up, and slipped and fell backwards, striking her back against the toilet.

13. Plaintiff was in excruciating pain after the incident, particularly in her hip and back.

14. She was transported to the hospital, where, during an extended hospital stay, she was diagnosed with spinal fractures at L1-L2 and L2-L3, among other things.

15. As a further result of the incident, Plaintiff suffered and will continue to suffer severe pain, emotional trauma, distress and anguish, loss of enjoyment of life, embarrassment, mortification, disability, and inability and/or reduced ability to carry on her normal activities and avocations without impairment.

16. As a further result of the fall, Plaintiff has incurred substantial medical bills, and will continue to require further treatment and incur additional expenses and other economic damages in the future.

**COUNT I:**
**NEGLIGENCE**

17. Plaintiff reincorporates all preceding paragraphs as though fully restated herein.

18. At the time of Plaintiff's injury, Plaintiff was a business invitee of Defendant.

19. As such, Defendant owed to Plaintiff certain duties and obligations of care, all of which Defendant violated. Those duties and obligations include, but are not limited to:

a. Making reasonable inspections of the bathroom, to determine whether it was in reasonably safe condition, free from hazards and/or defects which could harm customers and other invitees on the premises;

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

b. Keeping the bathroom reasonably dry and free from slip hazards and other dangerous conditions;

c. Maintaining the toilets and/or flushing mechanisms in a reasonably safe condition, such that they did not spray water outside the toilet itself;

d. Repairing and/or replacing the toilets or flushing mechanisms to avoid spraying water in areas where the water created hazardous conditions; and,

e. Warning persons using the restroom of hazards, including those that caused Plaintiff's injuries.

20. Defendant had actual/or constructive notice of the hazardous conditions in the bathroom, in that, among other things, its employee was aware that the automatic flushing mechanisms on the toilets regularly created wet conditions in the bathroom stalls, including at the time Plaintiff's injury occurred.

21. Defendant breached the duties owed to Plaintiff, and was negligent in the premises in that it, among other things, failed to observe the standards of care with respect to one or more of the above-described duties.

22. As a proximate result of Defendant's negligence, Plaintiff has suffered permanent and serious physical, emotional, and economic damages and injuries, including as detailed above.

23. If it is shown that any of Plaintiff's injuries and economic losses were not caused by the negligence of Defendant, then Plaintiff claims that those conditions and losses were aggravated and/or accelerated by Defendant's negligence, as hereinbefore alleged.

WHEREFORE, Plaintiff Camille MacLean claims judgment against Defendant Lowe's Home Centers, LLC in an amount in excess of $25,000 to be determined by a jury, together with costs, interest, and attorney fees.

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

By: /s/ Benjamin J. Wilensky

Arvin J. Pearlman (P18743)
Benjamin J. Wilensky (P75302)
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
Fax: (248) 936-2144
bwilensky@sommerspc.com

Dated: February 7, 2024

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

FILED Received for Filing Oakland County Clerk 2/7/2024 3:28 PM

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

CAMILLE MACLEAN,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,
a foreign corporation,

Defendant.

2024-205470-NO
Case No. 2024-______________-NI
JUDGE YASMINE I. POLES
Hon.

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

Arvin J. Pearlman (P18743)
Benjamin J. Wilensky (P75302)
Attorneys for Plaintiff
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
Fax: (248) 936-2144
bwilensky@sommerspc.com

**DEMAND FOR TRIAL BY JURY**

Plaintiff Camille MacLean, by and through her counsel, Sommers Schwartz, P.C., demands a trial by jury on all issues so triable.

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

By: /s/ Benjamin J. Wilensky
Arvin J. Pearlman (P18743)
Benjamin J. Wilensky (P75302)
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
Fax: (248) 936-2144
bwilensky@sommerspc.com

Dated: February 7, 2024