UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMILLE MACLEAN,

          Plaintiff(s),

v.

LOWE'S HOME CENTERS, LLC,

          Defendant(s).
_____/

Civil Action No. 24-10860

Nancy G. Edmunds
United States District Judge

David R. Grand
United States Magistrate Judge

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge David R. Grand as follows:

- STATUS CONFERENCE:    September 19, 2024, at 10:00 AM

Please join the conference by calling the dial-in number below and entering the passcode:

Dial-In Number:    734-535-8499
Passcode:          945 531 762#

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

          s/Eddrey O. Butts
          EDDREY O. BUTTS
          Case Manager

Dated: September 18, 2024